In the Matter of FREDERICK K. BUCHANAN, an Attorney, Respondent. OFFICE OF GRIEVANCE COMMITTEES, Petitioner.

Fourth Department, December 15, 1978

## APPEARANCES OF COUNSEL

*David E. Brennan (Paul J. Ginnelly* of counsel), for petitioner.

*John F. Henry* for respondent.

### OPINION OF THE COURT

*Per Curiam.*

Respondent has been charged with three counts of professional misconduct arising from his neglect in handling two estates and his failure to co-operate with the Onondaga County Bar Association and the Fifth District Grievance Committee in their investigations of his neglect. He has

admitted the charges. All matters in the two estates have now been concluded without loss to any interested party.

Respondent is censured.

MARSH, P. J., MOULE, DILLON, SCHNEPP and WITMER, JJ., concur.

Order of censure entered.